IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Donna Langan, et al,

-vs-

Abbot, et al.

Case No. 1:19-cv-1182

## ORDER

BE IT REMEMBERED on this the 27th day of December, 20 19, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Moira Meltzer-Cohen ("Applicant"), counsel for Langan, deBarbarac, & and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Langan, deBarbarac, & in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 27th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE