IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA LANGAN, TERESA DE BARBARAC, and ALEXANDRA CARSON, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:19-CV-1182-RP |
| | § | |
| GREG ABBOTT, *in his official capacity as Governor of Texas* and KEN PAXTON, *in his official capacity as Attorney General of Texas*, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On March 12, 2020, the Court dismissed Plaintiffs' claims against Defendants (*see* Compl., Dkt. 1), under Federal Rule of Civil Procedure 4(m) after Plaintiffs did not serve Defendants within 90 days and did not respond to the Court's related order to show cause, (Dkt. 5). As nothing remains to resolve, the Court renders final judgment under Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 12, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE