UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA LANGAN, | § | |
| TERESA DE BARBARAC, and | § | |
| ALEXANDRA CARSON | § | |
| Plaintiffs, | § | |
| | § | Cause No. 1:19-cv-1182 |
| v. | § | |
| | § | |
| GREG ABBOTT, in his Official Capacity as | § | |
| Governor of Texas; and | § | |
| KEN PAXTON, in his Official Capacity as | § | |
| Attorney General of Texas | § | |
| Defendants. | § | |

**MOTION TO ALTER JUDGMENT**

TO THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT:

Plaintiffs respectfully ask the Court to alter the judgment it issued today, which dismissed their lawsuit without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (D.E. 6 and 7). Plaintiffs submitted to the Court later today waivers of service signed by Defendants' counsel on March 3, 2020, and email correspondence between the parties' counsel regarding Defendants' agreed answer deadline. (D.E. 8, 9, 10-1).

Although the Court was within its authority to issue judgment under Rule 4(m), Plaintiffs respectfully suggest that, in light of the waivers filed today, there will be less delay to resolving this matter if the Court reopens this case than if the Plaintiffs refile their claim. Further, reopening the case will spare Plaintiffs from paying fees for refiling their complaint.

DATED: March 12, 2020.

Respectfully submitted,

 /s/ Brian McGiverin
Brian McGiverin
Texas Bar No. 24067760
brian@austincommunitylawcenter.org

Judith Bohr
Texas Bar No. 24092153
judith.bohr@austincommunitylawcenter.org

AUSTIN COMMUNITY LAW CENTER
1411 West Ave
Austin, TX 78701
Telephone: (512) 596-0226
Fax: (512) 597-0805

Moira Meltzer-Cohen
*Pro Hac Vice Pending*
277 Broadway, Suite 1501
New York, NY 10007
Telephone: (347) 248-6771
Fax: (929) 232.2056
mo_at_law@protonmail.com

ATTORNEYS FOR PLAINTIFFS