Brian McGiverin <bmcgiver@gmail.com>

## Langan: Waiver of Service

**Brian McGiverin** <brian@austincommunitylawcenter.org>                                                Tue, Mar 3, 2020 at 1:57 PM
To: "Gdula, Kimberly" <Kimberly.Gdula@oag.texas.gov>
Cc: "judith.bohr@austincommunitylawcenter.org" <judith.bohr@austincommunitylawcenter.org>, "O'Brien, Laura" <Laura.Obrien@oag.texas.gov>, "mo_at_law@protonmail.com" <mo_at_law@protonmail.com>

I'm happy to defer to your math. I agree Defendants' responsive pleadings are due Monday, May 4, 2020.



Brian McGiverin, Executive Director
**Austin Community Law Center**
brian@austincommunitylawcenter.org
1411 West Ave, Ste 104, Austin, TX 78701
(512) 596-0226

*The Austin Community Law Center is a nonprofit law firm.*
*We make legal services radically more affordable.*

On Tue, Mar 3, 2020 at 1:26 PM Gdula, Kimberly <Kimberly.Gdula@oag.texas.gov> wrote:

> Brian,
>
> Attached are the executed waivers. Please confirm that Defendants' responsive pleadings are due Monday, May 4, 2020.
>
> Thank you,
>
> _____
>
> **Kimberly Gdula**
>
> Assistant Attorney General
>
> General Litigation Division
>
> 300 W. 15th Street
>
> Austin, Texas 78701
>
> (512) 475-4071 (Direct)
>
> (512) 320-0667 (Fax)
>
>
> **From:** Brian McGiverin <brian@austincommunitylawcenter.org>
> **Sent:** Tuesday, March 3, 2020 10:10 AM
> **To:** Gdula, Kimberly <Kimberly.Gdula@oag.texas.gov>
> **Cc:** judith.bohr@austincommunitylawcenter.org; O'Brien, Laura <Laura.Obrien@oag.texas.gov>;

mo_at_law@protonmail.com
**Subject:** Re: Langan: Waiver of Service

Hi Kimberly.

Please see attached.

Brian McGiverin, Executive Director
**Austin Community Law Center**
brian@austincommunitylawcenter.org
1411 West Ave, Ste 104, Austin, TX 78701
(512) 596-0226

*The Austin Community Law Center is a nonprofit law firm.*
*We make legal services radically more affordable.*

On Tue, Mar 3, 2020 at 8:55 AM Gdula, Kimberly <Kimberly.Gdula@oag.texas.gov> wrote:

> Brian and Judith,
>
> I will be representing the Governor and the Attorney General in the lawsuit filed by Donna Langan, Teresa De Barbarac, and Alexandra Carson. Would you email me a waiver of service for both defendants?
>
> Thank you,
>
> _____
>
> **Kimberly Gdula**
>
> Assistant Attorney General
>
> General Litigation Division
>
> 300 W. 15th Street
>
> Austin, Texas 78701
>
> (512) 475-4071 (Direct)
>
> (512) 320-0667 (Fax)