UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA LANGAN, | § | |
| TERESA DE BARBARAC, and | § | |
| ALEXANDRA CARSON | § | |
| Plaintiffs, | § | |
| | § | Cause No. 1:19-cv-1182 |
| v. | § | |
| | § | |
| GREG ABBOTT, in his Official Capacity as | § | |
| Governor of Texas; and | § | |
| KEN PAXTON, in his Official Capacity as | § | |
| Attorney General of Texas | § | |
| Defendants. | § | |

**ORDER ON PLAINTIFFS' MOTION TO ALTER JUDGMENT**

After considering Plaintiffs' Motion to Amend Judgment, the Court GRANTS the motion and vacates the judgment.

SIGNED on _____, 2020.


_____
U.S. DISTRICT JUDGE